SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Judi.Harper@usdoj.gov
Assistant United States Attorney
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**2018 TESLA X SEDAN VIN: 5YJXCAE24JF126905, ITS ITS TOOLS AND APPURTENANCES, and 2013 LEXUS RX450H SUV, VIN: JTJBC1BA5D2450522, ITS TOOLS AND APPURTENANCES,** *in rem*,<br><br>    **Defendants.** | 6:21-mc-1298<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Jason Thompson, attorney for claimant Yongkang Chen, who concurs with this extension.

On September 15, 2021, Yongkang Chen filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to the 2018 Tesla X Sedan and the 2013 Lexus RX450h SUV seized from Yongkang Chen on or about March 17, 2021.

No other person filed a claim in the administrative forfeiture proceeding.

**Unopposed Motion to Extend 90-Day Period**                                                                 Page 1

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Yongkang Chen, agree to extend the time in which the United States will file a complaint for forfeiture against the 2018 Tesla X Sedan and the 2013 Lexus RX450h SUV or to obtain an indictment alleging that the assets are subject to forfeiture. Yongkang Chen agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, March 14, 2022.

Yongkang Chen agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until March 14, 2022, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Yongkang Chen shall not seek its return for any reason in any manner.

DATED: **December 1, 2021**    Respectfully submitted,

SCOTT E. ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on December 1, 2021 to:

Jason Thompson
jason@thompsonlawllc.com
  Attorney for claimant Yongkang Chen

*s/Dawn Susuico*
DAWN SUSUICO
Paralegal